IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHINSTAR LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>　　　　　Defendants. | Case No. 25-cv-13141<br><br>**Judge Robert W. Gettleman**<br><br>**Magistrate Judge Maria Valdez** |

**PLAINTIFF'S MOTION FOR CLARIFICATION OF MINUTE ORDER [12]**

　　　　Plaintiff ShinStar LLC ("Plaintiff") moves this Honorable Court for clarification regarding Minute Order [12]. On October 29, 2025, the Court directed Plaintiff to file a statement demonstrating why the Defendants identified on Schedule A are properly joined under Fed. R. Civ. P. 19, which governs required joinder, or parties who must be joined. *See* [12]. However, Plaintiff's understanding is that the applicable standard and rule is Fed. R. Civ. P. 20, which governs permissive joinder, or parties who may be joined. Accordingly, Plaintiff respectfully requests the Court to clarify whether it is directing Plaintiff to file a statement establishing that joinder is proper under Fed R. Civ. P. 20, or Fed. R. Civ. P. 19.

1

Dated this 3rd day of November 2025.          Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Trevor C. Talhami
Madeline B. Halgren
Greer, Burns & Crain, Ltd.
200 W. Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
ttalhami@gbc.law
mhalgren@gbc.law

*Counsel for Plaintiff ShinStar LLC*