# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

ShinStar LLC

                                Plaintiff,

v.                                                 Case No.: 1:25−cv−13141

                                                      Honorable Robert W. Gettleman

The Partnerships and Unincorporated Associations Identified on Schedule A

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 4, 2025:

      MINUTE entry before the Honorable Robert W. Gettleman: Plaintiff's motion for clarification of Minute Order [12] is granted. Plaintiff is directed to file a statement demonstrating why the defendants on Schedule A on their complaint are properly joined under Federal Rule of Civil Procedure 20 by 11/7/2025. Emailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.