IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHINSTAR LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS and<br>UNINCORPORATED ASSOCIATIONS<br>IDENTIFIED ON SCHEDULE "A",<br><br>　　　　Defendants. | Case No. 25-cv-13141<br><br>**Judge Robert W. Gettleman**<br><br>**Magistrate Judge Maria Valdez** |

**Declaration of Justin R. Gaudio**

# DECLARATION OF JUSTIN R. GAUDIO

I, Justin R. Gaudio, of the City of Chicago, in the State of Illinois, declare as follows:

1. I am an attorney at law, duly admitted to practice before the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff ShinStar LLC ("Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. I have reviewed statistics of "Schedule A" cases filed by my firm in this District. In 2023, my firm filed 373 cases in this District against a total number of 40,174 e-commerce stores. The average number of defendants per lawsuit was 107. Based on the current filing pace, my firm will file 1,060 cases in 2025 against a total number of 37,855 defendants. The estimated average number of defendants per lawsuit is 36.

3. **Exhibit 1** is an accurate copy of unpublished decisions cited in the corresponding Memorandum in Response to Minute Order [12].

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 7th day of November 2025 in Chicago, Illinois.

/s/ Justin R. Gaudio
Justin R. Gaudio
*Counsel for Plaintiff ShinStar LLC*
