IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHINSTAR LLC, <br><br> Plaintiff, <br><br> v. <br><br> NASHANHAI, et al., <br><br> Defendants. | Case No. 25-cv-13141 <br><br> **Judge Robert W. Gettleman** <br><br> **Magistrate Judge Maria Valdez** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff ShinStar LLC ("Plaintiff") hereby dismisses this action as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| Tony neon sign | 31 |
| UiUi sticker | 41 |
| Vanguard Wardrobea | 44 |
| Yu Jia X | 68 |
| ruiminshop | 83 |
| Zudorashop Jewellery | 86 |

Dated this 11th day of December 2025.   Respectfully submitted,

/s/ Trevor C. Talhami
Amy C. Ziegler
Justin R. Gaudio
Trevor C. Talhami
Madeline B. Halgren
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
ttalhami@gbc.law
mhalgren@gbc.law

*Counsel for Plaintiff ShinStar LLC*